UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA,<br><br>                           Plaintiff,<br><br>   v.<br><br>WESTERN WASHINGTON UNIVERSITY,<br><br>                           Defendant. | No. 2:20-CV-1129-BJR<br><br>ORDER ON PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULING ORDER |

This matter comes before the Court on Plaintiff's Motion to Continue Trial Date and Amend Case Scheduling Order. Dkt. No. 16. Plaintiff seeks to continue the trial date of August 23, 2021, by at least six months. Plaintiff's counsel has represented to the Court that Plaintiff had to relocate to his home country of India during the pendency of this action, and will be unable to return to the United States for the currently scheduled trial date. Plaintiff also seeks to amend the case scheduling order to extend deadlines that have not yet expired. Defendant does not oppose Plaintiff's request to continue the trial date. However, Defendant proposes that if the Court continues the trial date, the Court should also extend all case schedule deadlines, including deadlines that have already expired. Plaintiff opposes this request by Defendant.

     In light of Plaintiff's difficulties in returning to the United States for trial on August 23, 2021, the Court finds good cause to continue the trial date and to extend deadlines in the case schedule that have not already passed. The Court denies Defendant's request to extend deadlines in the case schedule that have already expired. The Court's Standing Order for All Civil Cases

ORDER - 1

provides that "[m]otions for extensions of time should be filed at least three (3) business days in advance of the expiration of the relevant deadline" and that untimely motions "may be summarily denied, stricken, or ignored." Dkt. No. 11 at 3. Here, Defendant has not moved in a timely manner to extend deadlines that have already expired, nor has Defendant shown good cause for such an extension. *See* Local Civil Rule 16(b)(6) (case schedule may be modified only for good cause).

Therefore, the Court GRANTS Plaintiff's Motion to Continue Trial Date and Amend Case Scheduling Order (Dkt. No. 16) and ORDERS as follows:

1. The trial date is continued to Tuesday, February 22, 2022.

2. The deadline for filing motions in limine is extended to January 17, 2022. Except upon a showing of good cause, any motions in limine shall be filed as one motion. Motions in limine and oppositions thereto shall not exceed 15 pages. Any opposition to a motion in limine shall be filed no later than 14 days after a motion is filed. No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The deadline for filing the Joint Pretrial Statement is extended to January 24, 2022.

4. The Pretrial Conference is rescheduled for February 7, 2021, at 11:00 a.m.

Dated: July 19, 2021

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2