1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANVEER CHAWLA,

                              Plaintiff,

        v.

WESTERN WASHINGTON UNIVERSITY,

                              Defendant.

No.  2:20-cv-1129-BJR

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULING
ORDER

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial
Date and Amend Case Scheduling Order.  Dkt. No. 27.  The Court finds good cause to continue
the trial date and related dates due to:  (1) Plaintiff's inability to travel to the United States from
India for the scheduled trial date of February 22, 2022, due to the rising cases associated with the
omicron variant of COVID-19; and (2) the parties' intent to engage in efforts to resolve this case
through alternative dispute resolution.[1]

Therefore, the Court GRANTS the stipulated motion and ORDERS as follows:

1.   The trial date is continued to May 9, 2022.

---

[1] The Court is mindful that this is the second continuance of the trial date.  The parties are advised that the Court is
able to conduct civil jury trials remotely over Zoom.gov.  *See* General Order 10-21 of the U.S. District Court for the
Western District of Washington.  The parties should not expect that further continuances of the trial date will be
granted due to difficulties in conducting the trial in-person if the Court continues to have the authority to conduct the
trial remotely over Zoom.gov.

ORDER - 1

2. The deadline for filing motions in limine is extended to April 4, 2022.  Except upon a showing of good cause, any motions in limine shall be filed as one motion.  Motions in limine and oppositions thereto shall not exceed 15 pages.  Any opposition to a motion in limine shall be filed no later than 14 days after a motion is filed.  No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The deadline for filing the Joint Pretrial Statement is extended to April 11, 2022.

4. The Pretrial Conference is rescheduled for April 25, 2022, at 11:00 a.m.

Dated:  December 28, 2021

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2