1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANVEER CHAWLA,

                              Plaintiff,

        v.

WESTERN WASHINGTON UNIVERSITY,

                              Defendant.

No.  2:20-CV-1129-BJR

ORDER ON DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE

This matter comes before the Court on Defendant's motion to continue the trial date.

Dkt. No. 32.  Defendant seeks a short extension of the trial date due to a scheduling conflict.

Plaintiff does not oppose Defendant's motion, but has provided the Court with dates when he has

scheduling conflicts for trial in the coming months.

        Finding good cause for the request to continue, the Court GRANTS Defendant's motion.[1]

The Court ORDERS as follows:

        1.  The trial date is continued to June 27, 2022.

        2.  The deadline for filing motions in limine is extended to May 23, 2022.  Except upon a

            showing of good cause, any motions in limine shall be filed as one motion.  Motions

            in limine and oppositions thereto shall not exceed 15 pages.  Any opposition to a

---

[1] The Court will rule shortly by separate order on Plaintiff's pending motion for remote trial.

ORDER - 1

motion in limine shall be filed no later than 14 days after a motion is filed.  No reply

in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The deadline for filing the Joint Pretrial Statement is extended to <u>May 31, 2022</u>.

4. The Pretrial Conference is rescheduled for <u>June 13, 2022 at 11:00 a.m.</u>

Dated:  March 18, 2022

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2