UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA,<br><br>               Plaintiff,<br><br>  v.<br><br>WESTERN WASHINGTON UNIVERSITY,<br><br>               Defendant. | No.  2:20-cv-1129-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR REMOTE TRIAL |

       This matter comes before the Court on Plaintiff's Motion for Remote Trial.  Dkt. No. 31.  Plaintiff asks the Court to order that the jury trial in this matter, which is currently scheduled to begin on June 27, 2022, be conducted remotely through video and/or telephone conferencing.  Plaintiff's request is based on his difficulties in travelling to the United States from his home in India due to COVID-19, as well as personal and financial concerns.  Defendant does not object to Plaintiff participating in the trial remotely through video conferencing, but opposes Plaintiff's request to conduct the entire trial remotely.

       Under General Order 04-22 of the U.S. District Court for the Western District of Washington, the Court has the discretion to order a remote trial in civil cases.  Here, the Court finds good cause to order that the trial in this matter be conducted remotely.  Although the number of COVID-19 cases in the Western District of Washington has declined in recent

ORDER - 1

months, it is uncertain whether that trend will continue in the coming months.  Furthermore, the trial date in this matter has already been continued several times, and the Court finds that setting this case as a remote trial will help ensure that no further continuances of the trial date will be necessary.

     Therefore, the Court GRANTS Plaintiff's Motion for Remote Trial (Dkt. No. 31) and ORDERS that the trial in this matter will be conducted remotely using Zoom.gov.

     Dated:  April 8, 2022

*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2