IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>WESTERN WASHINGTON UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | No.  2:20-cv-1129-BJR<br><br>ORDER CONTINUING TRIAL DATE |

On May 11, 2022, the Court informed the parties that the trial in this matter, then scheduled for June 27, 2022, would be continued to a later date.  Having been advised by the parties of their availability for trial, the Court ORDERS as follows:

1. The trial date is continued to November 7, 2022.

2. Motions in limine shall be filed no later than October 7, 2022.  Except upon a showing of good cause, any motions in limine shall be filed as one motion.  Motions in limine and oppositions thereto shall not exceed 15 pages.  Any opposition to a motion in limine shall be filed no later than 14 days after the motion is filed.  No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The Joint Pretrial Statement shall be filed by October 14, 2022.

ORDER - 1

4. The Pretrial Conference will be held on <u>October 26, 2022 at 11:00 a.m</u>.

Dated:  August 18, 2022

*Barbara J Rothstein*
———————————————
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2