IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA,<br><br>         Plaintiff,<br> v.<br><br>WESTERN WASHINGTON UNIVERSITY,<br><br>         Defendant. | No.  2:20-cv-1129-BJR<br><br>ORDER CONTINUING TRIAL DATE AND AMENDING CASE SCHEDULING ORDER |

On January 5, 2023, the parties filed a stipulated motion to continue the trial currently scheduled for February 13, 2023.  Dkt. 44.  Good cause for the requested continuance having been shown, the Court ORDERS as follows:

1. The trial date is continued to August 21, 2023.

2. Motions in limine shall be filed no later than July 17, 2023.  Except upon a showing of good cause, any motions in limine shall be filed as one motion.  Motions in limine and oppositions thereto shall not exceed 15 pages.  Any opposition to a motion in limine shall be filed no later than 14 days after the motion is filed.  No reply in support of a motion in limine is authorized unless otherwise ordered by the Court.

3. The Joint Pretrial Statement shall be filed by August 8, 2023.

ORDER - 1

4. The Pretrial Conference will be held on August 15, 2023 at 11:00 a.m.

Dated: January 9, 2023

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2