THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA, an individual, | No. 2:20-cv-01129 BJR |
| Plaintiff, | ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE |
| vs. | |
| WESTERN WASHINGTON UNIVERSITY, a Washington public university, | |
| Defendant. | |

**ORDER**

THIS MATTER having come on regularly for hearing upon the stipulation of the parties hereto, and the court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, and DECREED that all claims and/or causes of action related to denial of tenure or the Defendant's tenure process are hereby DISMISSED WITH PREJUDICE without costs or attorney's fees.

ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE – 1

VANGUARD LAW
PO Box 939
Poulsbo, WA 98370
(206) 488-8344

DATED this 1st day of November, 2023.

*[signature: Barbara J. Rothstein]*

Honorable Barbara J. Rothstein
United States District Judge

Presented by:

VANGUARD LAW

By: /s/ *Spencer Nathan Thal*
Spencer Nathan Thal, WSBA #20074
Zachariah Thal, WSBA #55462
Vanguard Law
PO Box 939
Poulsbo, WA 98370
(206) 488-8344
spencer@vanguardlawfirm.com
zach@vanguardlawfirm.com

*Attorneys for Plaintiff*

FORSBERG & UMLAUF, P.S.

By: /s/ *Robert W. Novasky*
Robert W. Novasky, WSBA #21682
Attorneys for Defendant
1102 Broadway, Suite 510
Tacoma, WA 98402
(253) 572-4200
rnovasky@foumlaw.com

*Attorney for Defendant*