Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TANVEER CHAWLA, an individual, | No. 2:20-cv-01129 BJR |
| Plaintiff, | ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| WESTERN WASHINGTON UNIVERSITY, a Washington public university, | |
| Defendant. | |

## **ORDER**

THIS MATTER having come before the Court on the stipulation of the parties, ECF No. 62, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Western Washington University are DISMISSED with prejudice and without an award of costs or fees to any party.

DONE this 15th day of December, 2023.

*/s/ Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

ORDER FOR DISMISSAL WITH PREJUDICE– 1
CAUSE NO. 2:20-cv-01129 BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

1711.0001 /